IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| DANIEL RANIERI | : | CIVIL ACTION | |
| | : | | |
| v. | : | | |
| | : | | |
| DIRECTOR CHRISTINE BUTAKIS | : | NO. 16-4843 | |

FILED

SEP 16 2016

LUCY V. ___ Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 15th day of September, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for failure to state a claim for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.